**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21130-CIV-ALTONAGA/Reid**

**FREEDOM MORTGAGE CORPORATION**,

Plaintiff,

v.

**EDWARD K. IRELAND**, *et al*.,

Defendants.
_______________________________/

# ORDER

**THIS CAUSE** came before the Court *sua sponte.* Following removal of this action, the Court entered an Order [ECF No. 4] advising *pro se* Defendant, Ashbry LLC that because it is a limited liability company, it must be represented by licensed counsel. (*See id.* 1 (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).[1] The Court directed Ashbry LLC to retain counsel and have counsel file a notice of appearance by March 27, 2025, cautioning that failure to comply would result in this matter being remanded without further notice.[2] (*See id.*). To date, no attorney has filed a notice of appearance on behalf of Ashbry LLC. Accordingly, it is

**ORDERED** that the case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County. The Clerk is instructed to **CLOSE** the case.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

[2] The Court later extended this deadline to April 4, 2025. (*See* Mar. 26, 2025 Order [ECF No. 7] 1).

**DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Ashbry, LLC
16480 South Post Road, #102
Weston, FL 33331